## FIRST DEPARTMENT, APRIL, 1960

### (April 1, 1960)

■ JOAN ONOFRE v. CITY OF NEW YORK et al.— Motion granted insofar as to extend appellant's time to serve and file the record on appeal and appellant's points up to and including April 14, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before April 29, 1960, and reply points, if any, are to be served and filed on or before May 4, 1960. In all other respects, the motion is denied. The order of this court entered February 25, 1960 is modified accordingly. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

### (April 4, 1960)

■ REVLON, INC. v. HARRY WAGONFELD et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants in this appeal and in the seven other appeals which are to be heard on the one consolidated record on appeal serve and file their appellants' points on or before April 14, 1960, with notice of argument for the May 1960 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ NICHOLAS A. KARGER v. PIERRE F. NESI et al.— Motion for an order permitting the printing of additional papers as part of the record on appeal and for an enlargement of time denied, with $10 costs of this motion to the plaintiff-respondent. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

### (April 5, 1960)

■ JAMES J. CANNON, Appellant, v. NEW YORK POST CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J. Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of JAMES D. NORRIS, Respondent, against THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal from order of December 2, 1958 dismissed, without costs, having become moot in view of the final discharge of the Grand Jury. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ BENJAMIN H. DORSEY, Respondent, v. LENDERS SERVICE CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE TORMOS et al., Appellants, against COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ROSE KLEIN. Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.